**UNTIED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| CITY OF PONTIAC REESTABLISHED GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | Civil Case No. 0:25-cv-04247 (PJS)(ECW) |

CITY OF PONTIAC REESTABLISHED
GENERAL EMPLOYEES'
RETIREMENT SYSTEM, Individually
and on Behalf of All Others Similarly
Situated,

            Plaintiff,

        v.

INSPIRE MEDICAL SYSTEMS, INC.,
TIMOTHY HERBERT, RICHARD
BUCHOLZ and CARLTON
WEATHERBY,

            Defendants.

Civil Case No. 0:25-cv-04247 (PJS)(ECW)

**<u>CLASS ACTION</u>**

**[PROPOSED] ORDER**

Based upon the submitted Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which has been reviewed and approved by the undersigned, it is hereby ordered that all claims between the parties be dismissed without prejudice and without costs, disbursements or fees to any party.

DATED:_____          **BY THE COURT:**

 

 

_____
Honorable Judge Patrick J. Schiltz